```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
KIRAN VUPPALA,                                                    :
                                                                  :
                              Plaintiff,                          :
                                                                  :         24 Civ. 1999 (JPC)
            -v-                                                   :
                                                                  :              ORDER
OXFORD PARKING CORP., a New York                                  :
corporation, d/b/a CHAMPION PARKING,                              :
and 330 EAST 50TH PARTNERS L.P., a                                :
Delaware limited partnership,                                     :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 4, 2024, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for November 4, 2024 at 10:00 a.m. Dkt. 19 at 1. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id.* at 2. Both items were due on October 28, 2024. The parties failed to submit either.

By 5:00 p.m. on November 1, 2024, it is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 19. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: October 29, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge